No. 564. KITHCART *v.* METROPOLITAN LIFE INSURANCE Co. January 7, 1946.

No. 44, Misc. BANTZ *v.* SQUIER, WARDEN. January 14, 1946.

No. 93. HERCULES GASOLINE Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. January 14, 1946. 326 U. S. 425.

No. 51, Misc. IN RE FRASER. January 28, 1946.

No. 69, Misc. JOHNSON *v.* JOHN HANCOCK MUTUAL LIFE INSURANCE Co. ET AL. January 28, 1946.

No. 76, Misc. STIZZA *v.* ESSEX COUNTY JUVENILE AND DOMESTIC RELATIONS COURT. January 28, 1946.

No. 145. COMMISSIONER OF INTERNAL REVENUE *v.* FLOWERS. January 28, 1946. 326 U. S. 465.

No. 188. LAWRENCE *v.* ILLINOIS. January 28, 1946. The motion for leave to file a fourth petition for rehearing is denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application.

No. 269. SABIN ET AL. *v.* HOME OWNERS' LOAN CORPORATION ET AL. January 28, 1946. The petition for rehearing in this case and the supplement thereto are denied.